```
              IN THE UNITED STATES BANKRUPTCY COURT FOR
                     THE DISTRICT OF PUERTO RICO
```

| IN THE MATTER OF: | |
|---|---|
| | CASE NO. 05-11323GAC |
| INOCENCIO TRINIDAD GONZALEZ | Chapter 13 |
| XXX-XX-8770 | |
| | FILED & ENTERED ON 04/17/2009 |
| Debtor(s) | |

## ORDER DISMISSING CASE

The motion to dismiss filed by BANCO POPULAR DE PUERTO RICO - MORTGAGE DIVISION (docket #34) having been duly notified to all parties in interest, and no replies having been filed,

IT IS ORDERED, ADJUDGED and DECREED that the instant case shall be, and it hereby is, DISMISSED for failure to make payments.

IT IS FURTHER ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding pending in the instant case. The Clerk shall notify this order. The ten-day period for filing a motion to alter or amend this order, pursuant to Fed. R. Bankr. P. 9023, or to file a notice of appeal, pursuant to Fed. R. Bankr. P. 8002(a), shall commence to run upon notice of entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 17 day of April, 2009.

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: machargoa          Page 1 of 1          Date Rcvd: Apr 17, 2009
Case: 05-11323                Form ID: pdf001          Total Served: 23

The following entities were served by first class mail on Apr 19, 2009.
db              INOCENCIO TRINIDAD GONZALEZ,   PMB 005,   PO BOX 6000,   PATILLAS, PR  00723-6001
smg             DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
smg             PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
                  SAN JUAN, PR  00918
smg            +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
cr              BANCO POPULAR PUERTO RICO-MORTGAGE DIVISION C/O CA,   CARDONA JIMENEZ LAW OFFICE,PSC,
                  PO BOX 9023593,   SAN JUAN, PR  00902-3593
2239585         AEELA,   PO BOX 364508,   SAN JUAN PR 00936-4508
2239586         ASSOCIATES FINANCE,   DEPTO QUIEBRAS 111 CARR 174,   SUITE 2 MINILLAS INDUSTRIAL PARK,
                  BAYAMON PR 00959-1910
2272192        +Associates Finance,   Fortuno & Fortuno Fas,   PO Box 13665,   San Juan PR 00908-3665
2675548        +BANCO POPULAR PUERTO RICO,   CARDONA JIMENEZ LAW OFFICE,PSC,   PO BOX 9023593,
                  SAN JUAN PR 00902-3593
2239587         CITI CARDS,   PO BOX 8120,   S HACKENSACK NJ 07606-8120
2239588         HORMIGONERA DEL SURESTE INC,   BO JACABOA,   BOX 7835,   PATILLAS PR 00723
2239589         ISLAND FINANCE,   BANKRUPTCY DEPARTMENT,   PO BOX 195369,   SAN JUAN PR 00919-5369
2239590        +PITUSA,   PO BOX 839,   HATO REY STATION,   SAN JUAN PR 00919-0839
2299147         R&G MORTGAGE CORPORATION,   CARDONA JIMENEZ LAW OFFICE,   PO BOX 9023593,
                  SAN JUAN PR  00902-3593
2239591         RG MORTGAGE,   PO BOX 362394,   SAN JUAN PR 00936-2394
2239593        +SEARS,   PO BOX 71204,   SAN JUAN PR 00936-8704
2456263        +VATIV RECOVERY SOLUTIONS,   P.O. BOX 19249,   SUGAR LAND, TX 77496-9249
2280764         eCAST Settlement Corporation, assignee of,   General Electric/SAM'S CLUB CONSUME,
                  P.O. Box 35480,   Newark, NJ  07193-5480
The following entities were served by electronic transmission on Apr 17, 2009.
2276380         E-mail/Text: cfigueroa@crimpr.net                             CRIM,   PO BOX 195387,
                  SAN JUAN PR  00919-5387
2284601         E-mail/Text: resurgentbknotifications@resurgent.com
                  LVNV Funding LLC., its successors and assigns, as,   Resurgent Capital Services,
                  P.O. Box 10587,   Greenville, SC 29603-0587
2239592         E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2009 19:41:42      SAMS CREDIT,   PO BOX 105980,
                  DEPARTMENT 77,   ATLANTA GA 30353-5980
2239594         E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 17 2009 19:42:26      VERIZON WIRELESS,
                  PO BOX 70366,   SAN JUAN PR 00936-8366
                                                                                                TOTAL: 4

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             R&G MORTGAGE CORPORATION,   CARDONA-JIMENEZ LAW OFFICE,   PO BOX 9023593,
                  SAN JUAN, PR  00902-3593
cr*            +VATIV RECOVERY SOLUTIONS LLC,   PO BOX 19249,   SUGAR LAND, TX 77496-9249
                                                                                           TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                                  **Signature:** *Joseph Speetjens*